UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-21064-FAM

STEVEN GROSSBERG, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

COLDWELL BANKER RESIDENTIAL
REAL ESTATE LLC d/b/a COLDWELL
BANKER RESIDENTIAL REAL ESTATE,

    Defendant.
_____/

## JOINT STATUS REPORT

Defendant Coldwell Banker Residential Real Estate, LLC d/b/a Coldwell Banker Residential Real Estate and Plaintiff Steven Grossberg, by and through their respective undersigned counsel, and pursuant to the Court's April 29, 2019 Order Placing Matter in Civil Suspense, hereby advise the Court that, as of the time of filing, the FCC has not promulgated a revised automated telephone dialing system ("ATDS") definition associated with its request for public comment referenced in the Court's Order.

Respectfully submitted this 29th day of July, 2019.

| | |
|---|---|
| /s/*Manuel S. Hiraldo* | /s/ *Capri Trigo* |
| Manuel S. Hiraldo | Capri Trigo |
| Florida Bar No. 030380 | Florida Bar No. 28564 |
| **HIRALDO P.A.** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| 401 E. Las Olas Boulevard | 100 S.E. Second Street |
| Suite 1400 | Suite 3900 |
| Ft. Lauderdale, FL  33301 | Miami, Florida 33131 |
| Phone:  954-400-4713 | Telephone: 305-428-5323 |
| Email: mhiraldo@hiraldolaw.com | Email: ctrigo@grsm.com |
| *Attorney for Plaintiff* | ***Counsel for Defendant*** |