UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-21064-FAM

**STEVEN GROSSBERG,**
individually and on behalf of all
others similarly situated,

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

**COLDWELL BANKER RESIDENTIAL
REAL ESTATE LLC D/B/A COLDWELL BANKER
RESIDENTIAL REAL ESTATE,**

Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Steven Grossberg, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Steven Grossberg, individually, are hereby dismissed <u>without</u> prejudice.

Date: September 3, 2019

    Respectfully submitted,

    **HIRALDO P.A.**

    <u>*/s/ Manuel S. Hiraldo*</u>
    Manuel S. Hiraldo, Esq.
    Florida Bar No. 030380
    401 E. Las Olas Boulevard
    Suite 1400
    Ft. Lauderdale, Florida 33301
    Email: mhiraldo@hiraldolaw.com
    Telephone: 954.400.4713

    **EISENBAND LAW, P.A.**
    515 E. Las Olas Boulevard, Suite 120
    Ft. Lauderdale, Florida 33301
    Michael Eisenband
    Florida Bar No. 94235
    Email:
    MEisenband@Eisenbandlaw.com
    Telephone: 954.533.4092

    *Counsel for Plaintiff and the Class*