UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 19-21064-CIV-MORENO**

STEVEN GROSSBERG, individually and on
behalf of all others similarly situated,

        Plaintiff,

vs.

COLDWELL BANKER RESIDENTIAL
REAL ESTATE LLC d/b/a COLDWELL
BANKER RESIDENTIAL REAL ESTATE,

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal Without Prejudice **(D.E. 12)**, filed on **September 3, 2019**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to enforce the terms of the settlement. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___9___ of September 2019.

                                                  _____
                                                  FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record